Reece C Whiting Jr.
# 12607198
MCFP Springfield
1900 W. Sunshine St.
Springfield, MO 65807

CAPITAL DISTRICT 208

7 DEC 2020   PM 3   L



To: Honorable Roger Titus, Judge
c/o: Clerk of the Court
US District Court of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

DEC 1 0 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

20770-720350